377 A.2d 1377

**COMMONWEALTH of Pennsylvania**

v.

**William WORLDS, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1977.

Decided Oct. 7, 1977.

Lester G. Nauhaus, John R. Cook, John H. Corbett, Jr., Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Asst. Dist. Atty., Robert A. Zunich, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER OF COURT

PER CURIAM.

Judgment of sentence affirmed.